# Ameriquest Mortgage Company

Date: March 30, 2005

Loan Number: 6470011392388

Lender Name: OPTION ONE MORTGAGE

Borrower Name: William J Leal, Jr.

Lender Address:
3 ADA WAY
IRVINE,CA 92618

Property Address:
190 Escoheag Hill Road
Exeter , RI 02822

To Whom It May Concern:

The above named borrower has an outstanding mortgage loan with you secured by the property listed above.

Enclosed please find a payoff check in the amount of $ 155,057.80 which represents payment in full of your loan.

If you have any questions regarding this payoff, please contact:

Ameriquest Mortgage Company
1300 Division Road, Suite 302
Warwick, RI 02893

(401)885-7945

Demand is made herein that upon receipt of this payoff you prepare either a release of Mortgage or a Reconveyance of the Deed of Trust. If you have collected funds for the recordation of said release or reconveyance, please forward them to the County Recorders Office for recording. Otherwise, forward to:

**AMERIQUEST MORTGAGE COMPANY**
**ATTN: AGNES SANCHEZ**
**P.O. BOX 11507**
**SANTA ANA, CA 95825**

Sincerely,

AMERIQUEST MORTGAGE COMPANY

000001149847430805200402

0114984743 - 5594

890 (02/02)