FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

December 5, 2005

Ameriquest Mortgage Company
1600 S Douglas Road
Anaheim, CA 92806

**Re: Notice of Rescission by Patricia Leal, 190 Escoheag Hill Road, Exeter, RI 02822, Loan Number: 0114984743, Closing Date:03/30/2005.**

To Whom It May Concern:

I represent Patricia Leal concerning the mortgage loan transaction she and her husband entered into with Ameriquest Mortgage Corporation on March 30, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Leal was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on the Leal's property located at 190 Escoheag Hill Road, Exeter is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Patricia Leal,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Patricia Leal